**LOMBARDO v. CHECKER CAB CO., INC.**

(December 16, 1929. Opinion and Decree.)
(January 13, 1930. Rehearing Refused.)

Charles Rosen and Louis L. Rosen, of New Orleans, attorneys for plaintiff, appellee.

Paul L. Fourchy, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. This appeal was submitted to the court without oral argument or brief on behalf of appellant. The record, superficially considered, seems to justify the judgment appealed from, and it is, therefore, affirmed.

HIGGINS, J., takes no part.